UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 4:20-cr-00668-AGF |
| WILLIE GANT, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

Defendant Willie Gant filed a pro se motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  In support of that motion, he argues that his anticipated release to a Residential Reentry Management (RRM) has been delayed, he has achieved significant rehabilitation while incarcerated, and he wishes to help care for his daughters and his father, who wears a pacemaker.  Appointed counsel has filed a statement that she will not supplement Defendant's motion.

After the motion became fully briefed, Gant was released to the custody of an RRM in Atlanta, with an anticipated release date of November 19, 2025.  Gant's arguments in support of release from imprisonment are therefore moot or, even if not technically moot, significantly weakened now that he is no longer incarcerated in a BOP facility.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for compassionate release from custody is **DENIED**.  ECF No. 66.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 17th day of June, 2025.